UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| PAUL ONESTI, Derivatively on Behalf of Nominal Defendant TEMPUR SEALY INTERNATIONAL, INC., | ) ) ) ) | Case No. 5:17-cv-305-JMH |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| SCOTT L. THOMPSON, BARRY A. HYTINEN, EVELYN S. DILSAVER, JOHN A. HEIL, JON L. LUTHER, USMAN NABI, RICHARD W. NEU, ROBERT B. TRUSSELL, JR., | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| TEMPUR SEALY INTERNATIONAL, INC., | ) ) ) | |
| Nominal Defendant. | ) | |

\*\*\*

This matter is before the Court on the parties' stipulation of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [DE 21]. Pursuant to Fed. R. Civ. P. 41, (a)(1)(A)(ii), a plaintiff may dismiss an action without court order by "filing a stipulation of dismissal signed by all parties who have appeared."

Here, all parties who have entered an appearance have, through counsel, signed a stipulation agreeing to the voluntary dismissal of this action, without prejudice. [DE 21]. As a result, the

1

Plaintiff may dismiss this action without a Court order. Fed. R. Civ. P. 41(a)(1)(A)(ii). According to Fed. R. Civ. P. 41(a)(B), the dismissal is without prejudice unless the notice or stipulation of dismissal states otherwise. In the instant case, the parties stipulate that the voluntary dismissal be without prejudice.

Accordingly, **IT IS ORDERED** as follows:

(1) Considering the parties' signed, agreed stipulation of dismissal [DE 21], all claims brought against the Defendants are **DISMISSED WITHOUT PREJUDICE**; and

(2) The Clerk of the Court **SHALL STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET.**

This the 29th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge